450 A.2d 210

Commonwealth v. Solomon, Appellant.

Submitted May 4, 1982.

John F. X. Morley, Jr., Assistant Pubic Defender, for appellant; John A. Reilly, District Attorney, for Commonwealth, appellee.

Before SPAETH, ROWLEY and CIRILLO, JJ.

Judgment of sentence affirmed.